**FILED**

November 1, 2007

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. MAG. 07-0338 DAD |
| Plaintiff, | ) | (Viol. #: N0420468) |
| v. | ) | |
| | ) | ORDER FOR RELEASE OF |
| HERTIS P. JEFFERSON, JR., | ) | PERSON IN CUSTODY |
| | ) | |
| Defendant. | ) | |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release   HERTIS P. JEFFERSON, JR.  , Case No.

MAG. 07-0338 DAD  , Charge __ , from custody subject to the conditions contained in the attached

"Notice to Defendant Being Released" and for the following reasons:

__   Release on Personal Recognizance

X   Bail Posted in the Sum of $____5,000 00____

X   Unsecured Appearance Bond

__   Appearance Bond with 10% Deposit

__   Appearance Bond with Surety

__   Corporate Surety Bail Bond

X   (Other)   Pretrial Services Supervision
on conditions.

This release order is not effective until the date defendant has signed and understands the

attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  November 1, 2007  at  3:26  pm .

By   _Dale A. Drozd_

Dale A. Drozd
United States Magistrate Judge